1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   TOMMY ROY KEETON,                    )          1:05-CV-0929 REC DLB P
                                          )
12          Plaintiff,                    )          ORDER GRANTING EXTENSION OF
                                          )          TIME
13          v.                            )          (DOCUMENT #6)
                                          )
14   SARGENT WARREN, et al.,              )
                                          )
15          Defendants.                   )
                                          )
16   _____ )

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

18   September 15, 2005, plaintiff filed a motion to extend time to submit an application to proceed in

19   pauperis.   Good cause having been presented to the court and GOOD CAUSE APPEARING

20   THEREFOR, IT IS HEREBY ORDERED that:

21          Plaintiff is granted thirty days from the date of service of this order in which to file the

22   application to proceed in forma pauperis.

23

24          IT IS SO ORDERED.

25      **Dated:    October 11, 2005**              _____ **/s/ Dennis L. Beck**_____
     3c0hj8                                         UNITED STATES MAGISTRATE JUDGE
26

27

28