1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11 | TOMMY R. KEETON,                                CV F- 05-0929 REC DLB P

12 |                                                 ORDER DIRECTING PLAINTIFF TO
   |               Plaintiff,                        SUBMIT USM 285 FORMS

13 |

14 |        v.

15 | SGT. WARREN, et. al.,

16 |               Defendant.

17

18

19          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an amended civil

20 rights complaint filed on October 18, 2005.  The amended complaint appears to state a cognizable

21 claim for relief against defendants Warren, Gonzales and Olivia for excessive force in violation of

22 the Eighth Amendment and against defendant Gonzales for deliberate indifference to a serious

23 medical need in violation of the Eighth Amendment.  Accordingly, IT IS HEREBY ORDERED that:

        1.      Service is appropriate for defendants Warren, Gonzales and Olivia.

24
        2.      The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3)
25
                summons, a Notice of Submission of Documents form, an instruction sheet and a
26
                copy of the amended complaint filed October 18, 2005.
27
        3.      Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the
28

1  attached Notice of Submission of Documents and submit the completed Notice to the

2  Court with the following documents:

3          a.      Completed summons;

4          b.      One completed USM-285 form for each defendant listed above; and

5          c.      Four (4) copies of the endorsed amended complaint filed October 18, 2005.

6      4.  Plaintiff need not attempt service on Defendants and need not request waiver of

7          service.  Upon receipt of the above-described documents, the court will direct the

8          United States Marshal to serve the above-named Defendants pursuant to Federal Rule

9          of Civil Procedure 4 without payment of costs.

10     5.  The failure to comply with this Order will result in a Recommendation that this action

11         be dismissed.

12     IT IS SO ORDERED.

13     **Dated:     January 5, 2006**                          **/s/ Dennis L. Beck**
       3c0hj8                                           UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. District Court

E. D. California

2