UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY R. KEETON,<br><br>    Plaintiff,<br><br>    v.<br><br>SERGEANT WARREN, et al.,<br><br>    Defendants. | 1:05-CV-0929 OWW DLB P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #20) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 15, 2006, defendants filed a motion to extend time to file their response to plaintiff's complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted thirty days from the date of service of this order in which to file a response to plaintiff's complaint.

IT IS SO ORDERED.

Dated:   June 29, 2006                    /s/ Dennis L. Beck
3c0hj8                                    UNITED STATES MAGISTRATE JUDGE