IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **TOMMY R. KEETON,** | | 1:05-cv-0929 OWW DLB P |
| | Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| v. | | |
| **SERGEANT WARREN, et al.,** | | |
| | Defendants. | |

Defendants' first request for an extension of time to file a responsive pleading to Plaintiff's Second Amended Complaint was considered by this Court and, good cause appearing,

IT IS HEREBY ORDERED that Defendants have a 30-day extension of time, from the date of service of the Order, to file their response to Plaintiff's Second Amended Complaint.

IT IS SO ORDERED.

Dated:   **August 14, 2006**                         **/s/ Dennis L. Beck**
3c0hj8                                                  UNITED STATES MAGISTRATE JUDGE

---

[Proposed] Order Granting Defendants' First Request for an Extension of Time to Response to Plaintiff's Second Amended Complaint

1