UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY R. KEETON, | 1:05-cv-00929-LJO-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 42) |
| vs. | **ORDER GRANTING MOTION TO DISMISS** (Doc. 34) |
| SERGEANT WARREN, et al., | |
| Defendants. | **ORDER DISMISSING ACTION** |

Plaintiff, Tommy R. Keeton ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 8, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed on or before May 25, 2007. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 8, 2007, are ADOPTED IN FULL;

2. Defendants' motion to dismiss based on plaintiff's failure to exhaust the available administrative remedies prior to filing suit, filed September 13, 2006, is GRANTED; and,

3. Pursuant to 42 U.S.C. § 1997e(a), this action is DISMISSED, without prejudice.

IT IS SO ORDERED.

**Dated:   July 10, 2007**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE