1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY ROY KEETON, | Case No. 1:05-cv-00929 LJO DLB PC |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR COPIES OF DOCUMENTS |
| WARREN, et al., | (Document 45) |
| Defendants. | |

    Plaintiff Tommy Roy Keeton ("Plaintiff"), a California state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on July 18, 2005. On July 10, 2007, the Court granted Defendants' Motion to Dismiss and the action was dismissed without prejudice.

    On January 25, 2013, Plaintiff filed a request for copies of documents. He seeks a copy of the Court's dismissal order, as well as a copy of the Court's order granting his application to proceed in forma pauperis.

    The Clerk's Office generally does not provide copies of documents free of charge. However, depending on the specific request, the Court may order that documents be provided. Here, Plaintiff states that in retaliation for filing his lawsuits, his cell was searched and legal documents were removed.

1  For good cause, the Court GRANTS Plaintiff's request. The Clerk of Court is DIRECTED
2  to provide Plaintiff with copies of Docket Entries 11 (2 pages), 42 (3 pages) and 43 (2 pages).
3  These copies shall be provided free of charge.

4
5  IT IS SO ORDERED.

6  Dated:  **July 22, 2013**                              /s/ *Dennis L. Beck*
7                                                                    UNITED STATES MAGISTRATE JUDGE

2